## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GARY THOMPSON                                                                 PLAINTIFF

v.                          No. 4:06CV00179 JLH

MARTIN MONTGOMERY, Individually and
as Sheriff of Faulkner County                                      DEFENDANT

### ORDER

Having been notified by counsel for defendant that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 13th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE